Thomas E. Patterson, appellant, v. Nicholas R. Finn et al., appellees.
Gen. No. 31,095.
Certiorari to review proceedings of civil service commission causing
patrolman's discharge. Writ to bring up record quashed. Appeal
from the Circuit Court of Cook county; the Hon. George Fred Rush,

Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

R. E. Blackwood, for appellant. Francis X. Busch, Corporation Counsel, and Francis J. Vurpillat, Assistant Corporation Counsel, for appellees.

Mr. Justice Fitch delivered the opinion of the court.